EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Lcda. Luz A. Fernández Pacheco | Queja<br><br>2000 TSPR 184 |

Número del Caso: AB-2000-0084

Fecha: 21/noviembre/2000

Colegio de Abogados de Puerto Rico:

                        Lcda. María de Lourdes Rodríguez

Abogado de la Parte Querellada:

                        Por Derecho Propio

Materia: Conducta Profesional

        Este documento constituye un documento oficial del Tribunal Supremo que está
sujeto a los cambios y correcciones del proceso de compilación y publicación
oficial de las decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RIC0

In re:

  Lcda. Luz A. Fernández Pacheco

                          AB-2000-84

PER CURIAM

San Juan, Puerto Rico a 21 de noviembre de 2000

     El 6 de diciembre de 1999, la Comisión de Ética del Colegio de Abogados de Puerto Rico (en adelante Colegio de Abogados) notificó y requirió a la Lcda. Luz A. Fernández Pacheco, la contestación a una querella presentada en su contra el 15 de noviembre de 1999.  La Comisión de Ética de dicha institución le remitió a la licenciada Fernández Pacheco varias cartas para que contestara la queja.  Éstas fueron enviadas el 24 de enero, el 28 de febrero, el 20 de marzo y el 3 de mayo de 2000.

     En vista de que la abogada no contestó, el 9 de junio de 2000, el Colegio de Abogados, a través de

su Oficial Investigadora, compareció ante nos mediante "Moción Informativa de Incumplimiento de Querella" y nos solicitó la acción que estimáramos pertinente.

Mediante Resolución de 13 de julio de 2000 le concedimos a la licenciada Fernández Pacheco quince (15) días para contestar los requerimientos del Colegio de Abogados, comparecer ante este Foro y exponer las razones por las cuales no debíamos sancionarla por la "conducta a que hace referencia el Colegio de Abogados". También le apercibimos que su incumplimiento podía conllevar acciones disciplinarias en su contra. Dicha resolución fue notificada a través de los alguaciles de este Tribunal el 4 de agosto.

No obstante lo anterior, el 25 de octubre de 2000 el Colegio de Abogados, mediante Moción Informativa, nos indicó que aún la licenciada Fernández Pacheco no ha cumplido con nuestros requerimientos.


II


Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a nuestros requerimientos en relación con la investigación de una queja en su contra. La indiferencia del abogado al no responder a los requerimientos de este Tribunal podría acarrear la imposición de severas sanciones disciplinarias. In re Corujo Collazo, P.C. de 23 de diciembre de 1999, 149 D.P.R. ___ (2000), 99 TSPR 191, 2000 JTS 8, pág. 471; In re Ron Menéndez, P.C. de 24 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 133, 99 JTS 139, pág. 31; In re López López, 12 de agosto de 1999, 149 D.P.R.___ (1999), 99 TSPR 126, 99 JTS 131, pág. 7.

También hemos expresado que, aunque nos corresponde en última instancia determinar las medidas disciplinarias, la desatención y el craso incumplimiento de un abogado con los requerimientos de la Comisión de Ética Profesional del Colegio de Abogados en la investigación de una queja en su contra, es como no contestar nuestros requerimientos y podría

tener como consecuencia la imposición de sanciones disciplinarias.  In re Rivera Rodríguez, P.C. de 31 de marzo de 1999, 147 D.P.R.___ (1999), 99 TSPR 45, 99 JTS 50, pág. 829; In re Negrón Negrón, P.C. de 30 de octubre de 1998, 147 D.P.R.___(1999), 99 TSPR ___, 99 JTS 38, pág. 779.

Como demuestra este caso, la licenciada Fernández Pacheco ha hecho caso omiso no sólo a los requerimientos del Colegio de Abogados, sino también a nuestra resolución de 13 de julio de 2000, desafiando así nuestras advertencias.

Por todo lo antes expuesto, se suspende indefinidamente a la Lcda. Luz Alba Fernández Pacheco del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además deberá certificarnos el treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará la correspondiente sentencia.

EN EL TRIBUNAL SUPREMO DE PUERTO RIC0

In re:

   Lcda. Luz A. Fernández Pacheco

                              AB-2000-84

                           SENTENCIA

        San Juan, Puerto Rico a 21 de noviembre de 2000

              Por los fundamentos expuestos en la Per Curiam que antecede, se dicta sentencia suspendiendo indefinidamente a la Lcda. Luz Alba Fernández Pacheco del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

              Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

              Además deberá certificarnos en treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General.

              Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

              Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociado señores Rebollo López y Corrada del Río no intervinieron.

                           Isabel Llompart Zeno
                      Secretaria del Tribunal Supremo